1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

MICHAEL E. MOCKOVAK,

NO. C18-671-JLR-JPD

9
                                    Petitioner,

ORDER GRANTING
RESPONDENT'S MOTION FOR
EXTENSION OF TIME TO
ANSWER PETITION

10
        v.

11

RON HAYNES, Superintendent, Stafford
Creek Correctional Center,

12

13
                                    Respondent.

14

15
        This matter comes before the Court upon respondent's Motion for an Extension of

16
Time to File an Answer to the Petition. Dkt. 6. Specifically, on May 16, 2018, the Court

17
ordered service of petitioner's habeas petition and directed respondent to answer the petition

18
within forty-five (45) days of service of the order and petition.

19
        In the instant motion, respondent asserts that he is still waiting to receive files from the

20
Washington state courts pertaining to petitioner's state court proceedings. Dkt. 7 (Chaplin

21
Decl.) at ¶¶ 4-5. Respondent asserts that "an extension of time is necessary to obtain the

22
remaining state court records, complete a review of the remaining files, and complete a proper

23
response to the habeas corpus petition." *Id.* at ¶ 6.

24

ORDER - 1

1    Respondent's motion for an extension of time to file an answer to the habeas petition,

2    Dkt. 6, is GRANTED.  Respondent shall file an answer to the habeas petition by no later than

3    **August 14, 2018.**  As discussed in the Court's Service Order, the answer will be treated in

4    accordance with LCR 7.  Accordingly, on the face of the answer, **respondent shall note it for**

5    **consideration on the fourth Friday after filing.**  Petitioner may file and serve a response no

6    later than the Monday immediately preceding the Friday designated for consideration of the

7    matter, and respondent may file and serve a reply no later than the designated Friday.

8    The Clerk is directed to send a copy of this Order to counsel for petitioner, counsel for

9    respondent, and the Honorable James L. Robart.

10   DATED this 9th day of July, 2018.

12   *James P. Donohue*
     _____
13   JAMES P. DONOHUE
     United States Magistrate Judge