UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. MOCKOVAK,<br><br>Petitioner,<br><br>v.<br><br>RON HAYES, Superintendent, Stafford Creek Correctional Center,<br><br>Respondent. | Case No. C18-671-JLR-JPD<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION TO STAY AND ABEY HABEAS PROCEEDING |

Petitioner, a state inmate at the Stafford Creek Correctional Center, is proceeding with counsel in this 28 U.S.C. § 2254 habeas action. This matter comes before the Court upon respondent's motion to stay and abey the instant habeas proceeding so that petitioner may properly exhaust his federal habeas claims. Dkt. 19. Specifically, petitioner has a personal restraint petition that is still pending in the Washington Court of Appeals. Respondent expects the state court proceedings will not be completed for at least several months, and therefore asks the Court to stay the federal petition and hold it in abeyance pending completion of the state court proceedings. *Id.* at 2. Petitioner does not oppose respondent's request.

Accordingly, the Court, having reviewed respondent's unopposed motion, the governing law and the balance of the record, ORDERS as follows:

ORDER
PAGE - 1

(1) Respondent's motion to stay and abey, Dkt. 9, is GRANTED. Both petitioner and respondent are directed to notify this Court within two weeks after final resolution of petitioner's state court proceedings. At that time, the Court will lift the stay on the instant habeas action. The parties shall also report to this Court every 90 days on the status of petitioner's state court proceedings.

(2) The Clerk of the Court is directed to send copies of this Order to petitioner, respondent, and the Attorney General of the State of Washington.

DATED this 31st day of July, 2018.

JAMES P. DONOHUE
United States Magistrate Judge