The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL E. MOCKOVAK,<br><br>    Petitioner,<br><br>  v.<br><br>RON HAYNES, Superintendent, Stafford Creek Correctional Center,<br><br>    Respondent. | NO. C18-671-JLR-MLP<br><br>Order on Stipulated Motion |

**Order on Stipulated Motion**

The due date for filing the Petitioner's Amended Habeas Petition is extended to June 19, 2020.

DONE this 2nd day of June 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

---

Order on Stipulated Motion – 1
(C18-671-JLR-MLP)

MOC003-0010 Mockovak v. Haynes - Stip. Or. (Ext.)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020