UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL E. MOCKOVAK,

                Petitioner,

   v.

RON HAYNES,

               Respondent.

Case No. C18-671-JLR-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Finding good cause, the Court GRANTS Petitioner's Unopposed Motion for an Extension of Time to File Traverse. (Dkt. # 60.) Petitioner shall file his traverse on or before **November 20, 2020**. The Clerk is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

Dated this 6th day of November, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1