UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. MOCKOVAK,<br><br>                Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>                Respondent. | Case No. C18-671-JLR-MLP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Finding good cause, the Court GRANTS Respondent's Unopposed Motion for an Extension of Time to File Reply. (Dkt. # 66.) Respondent shall file his reply to Petitioner's traverse on or before **February 4, 2021**. The Clerk is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

Dated this 18th day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1